THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*The Barajas Group*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION HOLIDAY SAVINGS TRUST. | Case No.: 2:24-cv-01410-APG-NJK |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | **(SECOND REQUEST)** |
| THE BARAJAS GROUP, a Nevada Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Journeyman and Apprentice Training Trust, and Trustees of the Operating Engineers Vacation Holiday Savings Trust, ("Plaintiffs"), through their counsel, the law firm of Laquer, Urban, Clifford, and Hodge LLP, and Defendant, The Barajas Group ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have an extension up to and including November 7, 2024, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1      1.      Plaintiffs filed their Complaint on August 1, 2024 in the United States District Court,

2  District of Nevada, Case No. 2:24-cv-01410-APG-NJK.  The Summons and Complaint were served

3  on or about August 6, 2024.

4      2.      On September 12, 2024, the Parties filed their first request for an extension of time

5  for Defendant to file a response to Plaintiff's Complaint to September 27, 2024.

6      3.      Although the Court noted that Defendant was not represented by legal counsel at the

7  time, the request was granted.

8      4.      Defendant subsequently retained the undersigned law firm as counsel in this matter.

9      5.      As Defendant's counsel was recently retained, counsel needs sufficient time to

10 investigation the allegations in the Complaint, confer with Defendant's representatives, and prepare

11 Defendant's response to the Complaint.

12     6.      This is the second request for an extension of time for Defendant to file a response

13 to Plaintiff's Complaint.

14     7.      This Stipulation is made in good faith and not for the purpose of delay.

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24

25

26

27

28

8.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 10th day of October, 2024

LAQUER, URBAN, CLIFFORD & HODGE LLP

/s/ Michael Urban
MICHAEL URBAN, ESQ.
Nevada Bar No. 3875
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

/s/ Thomas W. Maroeny
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

<u>**ORDER**</u>

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: October 11, 2024