THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: thomas.maroney@jacksonlewis.com
DAVID M. PIXLEY, ESQ. (*Admitted Pro Hac Vice*)
Park Center Plaza I
6100 Oak Tree Blvd., Suite 400
Cleveland, Ohio 44131
(216) 750-0404
Email: david.pixley@jacksonlewis.com
JILL CHOW, ESQ. (*Admitted Pro Hac Vice*)
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872 8060
Email:  jill.chow@jacksonlewis.com

*Attorneys for Defendant*
*The Barajas Group*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION HOLIDAY SAVINGS TRUST. <br><br> Plaintiffs, <br><br> vs. <br><br> THE BARAJAS GROUP, a Nevada Corporation, <br><br> Defendant. | Case No.: 2:24-cv-01410-APG-NJK <br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs, Trustees Of The Operating Engineers Pension Trust; Trustees Of The Operating Engineers Health And Welfare Fund; Trustees Of The Operating Engineers Journeyman And Apprentice Training Trust; And Trustees Of The Operating Engineers Vacation Holiday Savings Trust and Defendant, The Barajas

Group, through their undersigned counsel that the above-captioned action is hereby dismissed with prejudice, without cost to any party as against the other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED** that this Court will retain jurisdiction for purposes of enforcing the Parties' executed Settlement Agreement, entered into on April 17, 2025.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in facsimile and/or electronically scanned counterparts and may be filed without further notice with the Clerk of Court.

Dated: Las Vegas Nevada
April 25, 2025

**THE URBAN LAW FIRM**
**CHRISTENSEN, JAMES & MARTIN, CHTD.**

By: /s/ Michael A. Urban
Michael A. Urban, Esq.
Nevada State Bar No. 3875
Attorney for Plaintiffs
7440 W. Sahara Avenue
Las Vegas, NV 89117
MUrban@theurbanlawfirm.com
*Attorney for Plaintiffs*

Dated: Cleveland, Ohio
April 25, 2025

**JACKSON LEWIS P.C.**

By: /s/ *David M. Pixley*
DAVID M. PIXLEY, ESQ. (0083453)
(*Admitted Pro Hac Vice*)
Park Center Plaza I
6100 Oak Tree Blvd., Suite 400
Cleveland, Ohio 44131
david.pixley@jacksonlewis.com
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
thomas.maroney@jacksonlewis.com
JILL CHOW, ESQ.
(*Admitted Pro Hac Vice*)
44 South Broadway, 14th Floor
White Plains, New York 10601
jill.chow@jacksonlewis.com
*Attorneys for Defendant, The Barajas Group*

IT IS SO ORDERED:

Dated: April 29, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE